UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 8:92-cr-251-T-23EAJ

JEFFREY C. GHOLSON
_____/

**ORDER**

The defendant moves (CM/ECF Doc. 4) for the issuance of an "extraordinary writ" granting him "gain-time on the federal sentence, since defendant has been in state prison; and also to remove the federal detainer and grant defendant with time served." The defendant has twice before moved for similar relief and twice before relief was denied.

For the reasons explained in the attached September 30, 2004, order (Manual Doc. 30) denying the defendant's earlier "Motion for Discretionary Review of Trial Court Under Extraordinary Remedies" (Manual Doc. 29), the defendant's motion for issuance of an extraordinary writ is **DENIED**.[1]

ORDERED in Tampa, Florida, on March 19, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] The defendant's September 2, 2008, motion (Doc. 2) was denied on September 17, 2008, (Doc. 3), which order also attached a copy of the September 30, 2004, order.